JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **G & G CLOSED CIRCUIT EVENTS, LLC,** <br><br> Plaintiff, <br><br> v. <br><br> **Patricia Maldonado,** <br><br> Defendant. | Case No. EDCV 13-01651 WDK (JCx) <br><br> **JUDGMENT** |

The Application of G & G Closed Circuit Events, LLC for the entry of Default Judgment as to defendant Patricia Maldonado, individually and doing business as Senor Tacos, having come before the Court, and the Court having found that the entry of a Default Judgment is appropriate,

IT IS HEREBY ORDERED AND ADJUDGED:

1. Judgment in this case is granted in favor of the plaintiff G & G Closed Circuit Events, LLC against defendant Patricia Maldonado, individually and doing business as Senor Tacos, as follows:

(a) defendant Patricia Maldonado, individually and doing business as Senor Tacos, shall pay the plaintiff, G & G Closed Circuit Events, LLC, $1,200.00

1   in total damages plus attorneys' fees in the amount of $320.00 plus costs.

2

3   IT IS SO ORDERED.

4

5   IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
6   States mail or by telefax or by email, copies of this Order on counsel in this matter.

7

8

9   Dated: September 8, 2014                  _____
10                                            William Keller
11                                            United States District Judge